IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BONNIE J. DESCHLER,

    Plaintiff,

v.                                                            Case No. 1:25-cv-01111-JDB-jay

UNITED STATES DEPARTMENT OF JUSTICE,

    Defendant.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

    Before the Court is the complaint filed by the Plaintiff, Bonnie J. Deschler, proceeding pro se. By Administrative Order, this matter was referred to the United States magistrate judge for management of all pretrial matters and for determination and/or report and recommendation. Admin. Order 2013-05. After reviewing the allegations, Magistrate Judge Jon A. York recommended dismissal. (Docket Entry ("D.E.") 6 at PageID 13.) At the end of the Report and Recommendation, Judge York notified Plaintiff that, if she disagreed with the recommendation, she was required to file an objection or exception within 14 days. (*Id.* at PageID 14.) He added that "failure to file [an objection or exception] within fourteen (14) days may constitute a waiver and/or forfeiture of objections, exceptions, and any further appeal." (*Id.* (emphasis omitted)).

    Deschler has not objected to the Magistrate Judge's report and recommendation and the time for doing so has expired. Consequently, she has forfeited her objections to the report and recommendation. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 72, 176 (6th Cir. 1996)). Accordingly, upon review of the record, the report and

recommendation (D.E. 6) is ADOPTED, Plaintiff's application to proceed in forma pauperis (D.E. 5) is DENIED AS MOOT, and the action is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED this 27th day of June 2025.

                                                   s/ J. DANIEL BREEN
                                                   UNITED STATES DISTRICT JUDGE